# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY f/k/a Metropolitan Property and Casualty Insurance Company,<br><br>    Plaintiff,<br><br>    v.<br><br>CLARENCE HOWARD LEAVY, IV; AMANDA CORNELIUS; and LARRY CORNELIUS, as Guardians to Minor Child Jane Doe,<br><br>    Defendants. | CV 2:24-021 |

**ORDER**

Plaintiff initiated this action on February 12, 2024. Dkt. No. 1. On March 26, 2024, Defendant Clarence Leavy, IV, filed a motion to dismiss. Dkt. No. 9. Thereafter, the Parties filed a consent motion to stay these proceedings pending mediation. Dkt. No. 12. The Court granted the motion. Dkt. No. 13. Unfortunately, the Parties were unable to reach a resolution of the claims in this case. Dkt. No. 14 at 2. On the date Plaintiff's response to Defendant's motion to dismiss was due, the Parties filed a notice of their consent to Plaintiff's filing of an amended complaint. Dkt. No. 16. Plaintiff filed its amended complaint on July 25, 2024. Dkt. No. 17. For the reasons below, Defendant's motion to dismiss, dkt. no. 9, is **DENIED as moot**.

## LEGAL STANDARD

Under Rule 15 of the Federal Rules of Civil Procedure, a party may amend its pleading with the opposing party's written consent. Fed. R. Civ. P. 15(a)(2). An amended pleading "supersedes the former pleading" such that "the original pleading is abandoned by the amendment, and is no longer a part of the pleader's averments against his adversary." Dresdner Bank AG v. M/V Olympia Voyager, 463 F.3d 1210, 1215 (11th Cir. 2006) (internal quotation marks and citation omitted); see also Fritz v. Standard Sec. Life Ins. Co., 676 F.2d 1356, 1358 (11th Cir. 1982) ("Under the Federal Rules, an amended complaint supersedes the original complaint.").

## DISCUSSION

Plaintiff sought and received Defendants' leave to file an amended complaint pursuant to Rule 15(a)(2). Further, Plaintiff's amended complaint supersedes its original complaint. Defendant's motion to dismiss the original complaint, dkt. no. 9, has thus been rendered moot by Plaintiff's filing of its amended complaint. Should Defendants wish to file a motion to dismiss Plaintiff's amended complaint, they are granted leave to do so within the time prescribed by the Federal Rules of Civil Procedure.

## CONCLUSION

Defendant's motion to dismiss the original complaint, dkt. nos. 9, is **DENIED as moot.**

**SO ORDERED**, this 31 day of July, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA