IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY f/k/a METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, | |
| Plaintiff, | CIVIL ACTION NO.: 2:24-cv-21 |
| v. | |
| CLARENCE HOWARD LEAVY, IV, AMANDA CORNELIUS, and LARRY CORNELIUS, | |
| Defendants. | |

## O R D E R

Plaintiff and Defendants Amanda and Larry Cornelius filed a Consent Motion to Stay. Doc. 33. These parties seek to stay the proceedings in this case pending resolution of Defendant Leavy's motion to dismiss. Upon review, the Court **GRANTS** the Consent Motion and **STAYS** the proceedings in this case, including discovery, as to all parties, pending resolution of Defendant Leavy's motion to dismiss. Should this case remain pending after the Court rules on the motion to dismiss, this stay will lift automatically, and Defendants and Plaintiff are to submit their Rule 26(f) report within 14 days of that ruling.

**SO ORDERED**, this 21st day of October, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA