# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY f/k/a Metropolitan Property and Casualty Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>CLARENCE HOWARD LEAVY, IV; AMANDA CORNELIUS; and LARRY CORNELIUS, as Guardians to Minor Child Jane Doe,<br><br>Defendants. | CV 2:24-021 |

### ORDER

The parties have informed the Court that the outcome of a pending case before the Georgia Court of Appeals will determine whether any further litigation in this action is necessary. Dkt. No. 48. Accordingly, this case is hereby **ADMINISTRATIVELY STAYED** until further Order of the Court. The parties are **ORDERED** to update the Court on the record within ten (10) days of a change in status of the related case.

SO ORDERED, this 12 day of June, 2025.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA